Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA
VS.
Kyre Fields

Civil/Criminal No. 21-cr-161

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | video | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |
| 1A | still shot | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |
| 1B | still shot | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |
| 1C | still shot | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |
| 1D | still shot | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |
| 1E | still shot | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |
| 1F | still shot | 8/25/2021 | 8/25/2021 | Officer Brandon Dean | n/a |